# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| M.E.E., a minor, and W.J.E., a minor, by and through their parent and next friend WILLIAM JEFFRIES EILERT,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE E. MILES, Individually, and as as Trustee of the Helen Cecilie Eilert Revocable Living Trust dated December 15, 1993, as amended,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:23-cv-01296-SEP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR DISSOLUTION OF TEMPORARY RESTRAINING ORDER AND RELEASE AND DISBURSEMENT OF BOND

Plaintiffs M.E.E., a minor, by and through her father and next friend William Jeffries Eilert, and W.J.E., a minor, by and through his father and next friend William Jeffries Eilert, (collectively, "Plaintiffs"), by and through their undersigned counsel, and with the consent of counsel for Defendant Christine E. Miles, (together with Plaintiffs, the "Parties"), respectfully request an Order from this Court for the dissolution of the Temporary Restraining Order issued in connection with this matter and for the release and disbursement of a bond submitted by counsel for Plaintiffs, on behalf of Plaintiffs, in the amount of five thousand dollars and zero cents ($5,000.00).

In support of their Motion, Plaintiffs state as follows:

1. On October 17, 2023 this Court entered its Memorandum and Order and as part of same granted Plaintiffs' Motion for a Temporary Restraining Order. [Dkt. 14]  The Court's Temporary Restraining Order was entered that same day.

1

2. After briefing by the Parties, on October 24, 2023 this Court ordered Plaintiffs to post a temporary restraining order bond ("TRO Bond") in the amount of five thousand dollars and no cents ($5,000.00) with the Clerk of the Court. [Dkt. 19]

3. Pursuant to the Court's Order, on October 26, 2023 Plaintiff's law firm, Husch Blackwell LLP, posted a TRO Bond in the amount of $5,000 on behalf of Plaintiffs with the Clerk of the Court.  *See* Docket Text Remark dated October 26, 2023, a copy of which is attached hereto as Exhibit A.[1]

4. The Parties have reached a settlement of their dispute in this matter.  In connection with same, the Parties will be submitting a Joint Stipulation of Dismissal of this matter.

5. In light of the Parties' settlement, the Temporary Restraining Order is no longer necessary.

6. Also in light of the Parties' settlement, and prior to the Court's entering an Order of dismissal, Plaintiffs respectfully request that this Court order the Clerk of the Court to release the TRO Bond and issue a check in the amount of five thousand dollars and no cents ($5,000.00) payable to Plaintiffs' law firm: Husch Blackwell LLP, 8001 Forsyth Boulevard, Suite 1500, St. Louis, MO 63105.

7. Prior to filing this Motion, Counsel for the Plaintiffs consulted with Counsel for Defendant, who consented to the filing of this Motion.

WHEREFORE, for the foregoing reasons, Plaintiffs M.E.E., a minor, by and through her father and next friend William Jeffries Eilert, and W.J.E., a minor, by and through his father and next friend William Jeffries Eilert, respectfully request an Order from this Court for the dissolution of the Temporary Restraining Order issued in connection with this matter, for the release and

---

[1] For security purposes, a copy of the instrument used to post the TRO Bond is not attached to this motion.  If necessary, a copy of the instrument can be delivered to the Court upon request.

2

disbursement of the TRO Bond submitted by counsel for Plaintiffs on behalf of Plaintiffs in this matter in the amount of five thousand dollars and zero cents ($5,000.00), and for such other and further relief as the Court deems just and appropriate.

    A proposed Order is included as an Exhibit to this Motion.

                                  Respectfully submitted,

                                  HUSCH BLACKWELL LLP

By:   */s/ Michael J. Tolles*
       Michael J. Tolles, #61606MO
       8001 Forsyth Blvd., Suite 1500
       St. Louis, MO 63105
       (314) 480-1500 Office
       (314) 480-1505 Facsimile
       mike.tolles@huschblackwell.com

       Erica Conklin Baines, #57445MO
       120 South Riverside Plaza, Suite 2200
       Chicago, IL  60606
       (312) 526-1551 Office
       (312) 655-1501 Facsimile
       erica.baines@huschblackwell.com

       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent Motion for Release and Disbursement of Temporary Restraining Order Bond was filed electronically with the Court this 13th day of March, 2024 and via the Court's electronic notification system served this same day upon the following:

Mathew J. Rossiter, #42685MO
Maxwell G. Murtaugh, #68290MO
8909 Ladue Road
St. Louis, MO 63124
(314) 754-1500 Office
(314) 863-5151 Facsimile
mrossiter@rossiterboock.com
mmurtaugh@rossiterboock.com

*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Tolles*